OPINION — AG — ** LIABILITY INSURANCE — DEPARTMENT OF WILDLIFE ** THE OKLAHOMA DEPARTMENT OF WILDLIFE IS 'NOT' AUTHORIZED TO PURCHASE LIABILITY INSURANCE COVERAGE FOR ITS EMPLOYEES ABSENT SPECIFIC LEGISLATIVE PROVISION THEREFOR. (SOVEREIGN IMMUNITY, INSURANCE) CITE: OPINION NO. 71-356, OPINION NO. 72-165, OPINION NO. 73-265, ARTICLE XXVI, SECTION 4 (WILLIAM DON KISER)